IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JENNIFER BOOTH; DAVID BECKER; CLIFFORD THOMPSON; EDWARD LEWIS; HELPS,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>MIGUEL CARDONA, in his capacity as Secretary of the United States Department of Education; JANET YELLEN, in her capacity as Secretary of the United States Department of the Treasury,<br>　　　　　Defendants. | Civ. No. 6:20-cv-01433-AA<br><br>**JUDGMENT** |

AIKEN, District Judge.

　　For the reasons set forth in the accompanying Order, this case is DISMISSED.

　　It is so ORDERED and DATED this ____9th____ day of July 2024.

　　　　　　　　　　　　　　　　　　　　 /s/Ann Aiken
　　　　　　　　　　　　　　　　　　　　ANN AIKEN
　　　　　　　　　　　　　　　　　　　　United States District Judge

Page 1 –JUDGMENT